

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>　Eric Edward Brown<br><br>　　　　　Defendant. | CR 99-1000 JSL<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　(A)　(✓)　the appearance of defendant as required; and/or

　　　(B)　( )　the safety of any person or the community.

//
//

1      The court concludes:

2  A.    ( )   Defendant poses a risk to the safety of other persons or the community

3              because defendant has not demonstrated by clear and convincing

4              evidence that:

5      _____

6      _____

7      _____

8      _____

10 (B)   (L)   Defendant is a flight risk because defendant has not shown by clear

11             and convincing evidence that:

12             *he can abide by court order*

13     _____

14     _____

15     _____

17     IT IS ORDERED that defendant be detained.

19 DATED: 12/9/10

23                                    STEPHEN J. HILLMAN
                                       UNITED STATES MAGISTRATE JUDGE